# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: Ronald H Gray                                 Case No. 11-52804
      Lois R Gray                                 Chapter 13
           Debtors                               Judge Caldwell

## NOTICE OF CHANGE OF ADDRESS

Now come the Debtors, by and through counsel, and give notice of a change in their mailing address. The Debtors new address is as follows:

    Ronald H & Lois Gray
    1594 Cross Club Drive
    Westerville OH  43081

Respectfully submitted,

/s/Donald E Wood, Esq.
Donald E Wood (0069083)
Attorney for the Debtors
4437 Wright Avenue
Whitehall OH  43213
614-235-8078
dwood4@insight.rr.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 6,7, 2015, a copy of the foregoing Notice of Change of Address was **electronically** served on the following ECF participants at the email address registered with the court:

Asst US Trustee (Col)     ustpregion09.cb.ecf@usdoj.gov

- Jennifer Fate     fate@mmmb.com, matthew@mmmb.com
- Brian M Gianangeli     bgianangeli@mifsudlaw.com
- Frank M Pees     trustee@ch13.org
- Donald E Wood     dwood4@insight.rr.com

and on the following by ordinary U.S. Mail:

    None

/s/Donald E Wood, Esq.
Donald E Wood, Esq.